UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRGINIA OYEBADE, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

THE CHILDREN'S RESCUE FUND
    d/b/a CHILDREN'S RESCUE FUND,
CRF-HOUSE EAST, LLC
    d/b/a CHILDREN'S RESCUE FUND,
CRF-HOUSE WEST, LLC
    d/b/a CHILDREN'S RESCUE FUND,
CRF-CLUSTER MODEL PROGRAM, LLC
    d/b/a CHILDREN'S RESCUE FUND,
and ORLANDO IVEY,

                Defendants.

Case No.: 1:24-cv-07820

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff VIRGINIA OYEBADE hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment dated September 12, 2025, and annexed hereto as **Exhibit A**.

Dated: September 15, 2025

                Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Stacey Lynn Pitcher, Esq.
KAUFMAN DOLOWICH LLP
40 Exchange Place, 20th Floor
New York, NY 10005
212-485-9600
stacey.pitcher@kaufmandolowich.com
*Attorney for Defendants*

By: _____
C.K. Lee, Esq.