**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VIRGINIA OYEBADE, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

THE CHILDREN'S RESCUE FUND, *et al.*,

        Defendants.

**Case No.**: 1:24-CV-07820

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiff Virginia Oyebade ("Plaintiff") to take a judgment against them, in the sum of Thirty-Five Thousand Dollars and No Cents ($35,000.00), inclusive of attorneys' fees and costs, to resolve all of Plaintiff's individual Federal claims Defendants in her Complaint in the above captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated September 12, 2025 and filed as Exhibit A to Docket Number 36;

**WHEREAS**, on September 15, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 36);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Virginia Oyebade, in the sum of $35,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated September 12, 2025 and filed as Exhibit A to Docket Number 36. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2025        _____
     New York, New York                                      U.S.D.J.